IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNIE M. WAHLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-27-GPM |
| | ) |
| **UNUMPROVIDENT,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

On May 16, 2006, Plaintiff filed a motion seeking to voluntarily dismiss this action without prejudice. Defendant has not filed a response.

Pursuant to Southern District of Illinois Local Rule 7.1(c), "[f]ailure to timely file an answering brief to a motion may, in the Court's discretion, be considered an admission of the merits of the motion." The Court exercises its discretion, and the motion for voluntary dismissal (Doc. 19) is **GRANTED**. This action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 06/20/06

                                                                               s/ G. Patrick Murphy
                                                                               G. PATRICK MURPHY
                                                                               Chief United States District Judge